UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Tracey Campbell

Order Filed on December 23, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 24-22523

Hearing Date: _____

Judge: Poslusny

Chapter: 13

Recommended Local Form:    ☐ Followed    ☐ Modified

# ORDER DENYING MOTION OR APPLICATION FOR THE ENTRY OF AN ORDER

Application to Shorten Time

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 23, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

A motion or application having been filed on _____12/23_____, 20 _24_ by _Jeanie D. Wiesner_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied as January 14, 2025 is deemed proper service.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*rev. 8/1/15*